IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIELD, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:23-cv-664-MHT-CSC ) (WO) |
| CHADWICK CRABTREE, et al., | ) ) |
| Respondents. | ) |

**ORDER**

Kennedy Minnifield has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) and applied for permission to proceed *in forma pauperis*. (Doc. 2). Upon review, it is hereby **ORDERED** that *in forma pauperis* status is **GRANTED**.

DONE on this 20th day of November 2023.

/s/ Charles S. Coody
**CHARLES S. COODY**
**UNITED STATES MAGISTRATE JUDGE**